1

2

3

4

5              UNITED STATES DISTRICT COURT

6           NORTHERN DISTRICT OF CALIFORNIA

7

8   HAROLD K. SUTTON,                 No. C 14-232 SI (pr)

9           Plaintiff,           **ORDER OF TRANSFER**

10       v.

11   DR. BROOKS; et al.,

12           Defendants.

13   ————————————————————/

14        Plaintiff filed this civil rights action under 42 U.S.C. § 1983, complaining of events or

15 omissions that occurred at the California State Prison - Los Angeles County.  That facility is in

16 Los Angeles County, and therefore is within the venue of the Central District of California.

17 Some or all of the defendants apparently reside in the Central District of California.  No

18 defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint

19 occurred in, the Northern District.  Venue therefore would be proper in the Central District and

20 not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant

21 to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for

22 the Central District of California.  The clerk shall transfer this matter.

23        IT IS SO ORDERED.

24 Dated: January 21, 2014           _____

25                         SUSAN ILLSTON
                        United States District Judge

26

27

28

**United States District Court**
For the Northern District of California