O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD KENT SUTTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>DR. BROOKS, et al.,<br><br>                    Defendants.<br>_____ | Case No. CV 14-589-ODW (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and both the original and Final Report and Recommendation of the United States Magistrate Judge. Plaintiff did not timely file objections to the original Report and Recommendation, which is substantively identical to the Final Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: April 3, 2015

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE