JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD KENT SUTTON, | Case No. CV 14-589-ODW (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DR. BROOKS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: __April 3, 2015

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE